```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone:  (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01598-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY LOCATED AT 2695 RAMSEY AVENUE, STOCKTON, CALIFORNIA; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 2695 RAMSEY AVENUE, STOCKTON, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 089-100-48, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant James Randolph Sherman and Wells Fargo Bank, N.A., by and through their respective counsel of record, as follows:

    1.    The pending action against only the real property located at 2695 Ramsey Avenue, Stockton, California, San Joaquin County, APN: 089-100-48, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.    The parties are to bear their own costs and attorney fees.

    3.    There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of

1

Stipulation and Order for Dismissal

Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:  4/11/2017                    PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

Dated:  4•11•17                      /s/ Charles A. Pacheco
                                     CHARLES A. PACHECO
                                     Attorney for claimant James Randolph Sherman

Dated:  4/11/17                      /s/ Mark J. Sarni
                                     MARK J. SARNI
                                     Attorney for claimant Wells Fargo Bank, N.A.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed August 2, 2013, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 2695 Ramsey Avenue, Stockton, California, San Joaquin County, APN: 089-100-48, and for the commencement and prosecution of this forfeiture action. This action shall be dismissed with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE